## Philadelphia School District, to use, Appellant, v. B. A. Shrages Co., Inc., et al.

Argued December 7, 1939.   Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Emanuel Moss,* of *Moss & Moss,* for appellant.

*Robert C. Fable, Jr.,* with him *Raymond A. White, Jr.,* for appellee.

PER CURIAM, December 8, 1939 :
The judgment is affirmed on the opinion* of President Judge KELLER of the Superior Court.
Judgment affirmed.

---

* Reported in 134 Pa. Superior Ct. 533.